UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-61769-GAYLES/STRAUSS

**CORPORATE INSURANCE ADVISORS, LLC**,

    Plaintiff,

v.

**BARBARA A. ADDEO, LORRAINE R. CARRIO, DONNA J. MARCHESE, THE LIBERTY COMPANY INSURANCE BROKERS, INC., and THE LIBERTY COMPANY INSURANCE BROKERS, LLC**,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Jared M. Strauss' Report and Recommendation (the "Report") [ECF No. 115] regarding Defendants', Barbara A. Addeo, Lorraine R. Carrio, and Donna J. Marchese, Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") [ECF No. 53]. On September 29, 2021, the Court referred this case to Judge Strauss, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 15]. On June 27, 2022, Judge Strauss issued his Report recommending that the Motion be granted in part and denied in part. No objections were filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Strauss' well-reasoned analysis and conclusion that the Motion should be granted in part and denied in part.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Jared M. Strauss' Report and Recommendation, [ECF No. 115], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Defendants' Motion to Dismiss Plaintiff's Amended Complaint, [ECF No. 53], is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** as to Counts III and VIII and **DENIED** as to all other counts.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of July, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE